UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON ANN VIRGILLO,

    Plaintiff,

    v.

REID REALTY, INC, *et al.*, aka REID REAL ESTATE; TONY COLE; PAM PHILLIPS; KIM WILSON; DOES 1-5,

    Defendants.

Case No. C06-5615 FDB

ORDER ON MOTION TO WITHDRAW AND FOR CONTINUANCE

Plaintiff's counsel moves to withdraw and shows that proper notifications to her client and opposing counsel have been made. No objection to the motion to withdraw has been filed. Counsel for Plaintiff further requests a continuation of the trial dates in order for Plaintiff to obtain substitute counsel. Before counsel will be allowed to withdraw, however, Plaintiff must advise the Court by filing a document stating whether she intends to proceed pro se (representing herself) or whether she will employ new counsel.

ACCORDINGLY;

IT IS ORDERED:

(1)     Motion of Merry A. Kogut to withdraw as counsel for Plaintiff [Dkt. #17] is

ORDER - 1

1      **GRANTED, AS MODIFIED.** Counsel for Plaintiff may withdraw on May 5, 2007 or on an earlier date in the event Plaintiff obtains substitute counsel or indicates her intention to proceed pro se.

   (2)  Plaintiff shall have until May 4, 2007 to employ new counsel, who shall appear on or before that date. If Plaintiff does not employ new counsel, she shall advise the Court on or before May, 4, 2007 whether she intends to proceed pro se.

   (3)  The dates for pretrial discovery are modified as follows: FRCP 26f Conference Deadline is 7/92007. Initial Disclosure Deadline is 7/23/2007. Joint Status Report due by 7/30/2007.

DATED this 16th day of April, 2007.

_/s/ Franklin D. Burgess_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2