UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON ANN VIRGILLO,

    Plaintiff,

    v.

REID REALTY, INC, *et al.*, aka REID REAL ESTATE; TONY COLE; PAM PHILLIPS; KIM WILSON; DOES 1-5,

    Defendants.

Case No. C06-5615 FDB

ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION RE: PRETRIAL DEADLINES

This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's Order extending pretrial deadlines.

This lawsuit was filed by Plaintiff October 10, 2006. The initial scheduling Order provided for the FRCP 26f conference deadline of January 10, 2007; initial disclosure deadline of January 17, 2007 and joint status report by January 24, 2007.

On December 12, 2006 a second minute Order was entered resetting pretrial deadlines as follows: FRCP 26f conference deadline of April 9, 2007; initial disclosure deadline of April 23, 2007 and joint status report by April 30, 2007.

On April 16, 2007, the Court entered an Order on motion of Plaintiff's counsel to withdraw and reset the deadlines as follows: FRCP 26f conference deadline of July 9, 2007; initial disclosure deadline of July 23, 2007 and joint status report by July 30, 2007.

ORDER - 1

On July 6, 2007, Plaintiff moved for a three month continuance of all dates due to deaths in her family. The Court took the request under consideration and provided a month extension of all deadlines as follows: FRCP 26f conference deadline of August 10, 2007; initial disclosure deadline of August 24, 2007 and joint status report by August 30, 2007.

The Court is mindful of the hardship facing Plaintiff. Nonetheless, it is inappropriate to permit this matter to languish an extended period of time without movement toward resolution.

ACCORDINGLY;

IT IS ORDERED:

(1) The deadlines are extended as follows: FRCP 26f conference deadline is September 10, 2007; initial disclosure deadline of September 24, 2007 and joint status report by October 1, 2007.

(2) No additional requests for extensions of time will be entertained. In the event Plaintiff fails to comply with the aforesaid deadlines, the Court may dismiss this matter without further notice for failure to prosecute.

(3) The Clerk is directed to send this Order to counsel for the parties and to Plaintiff at the following address:

Sharon Ann Virgillo
POB 303
Silverdale, Wa. 98383

DATED this 30th day of July, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2