UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHARON ANN VIRGILLO,

    Plaintiff,

    v.

REID REALTY, INC, *et al.*, aka REID REAL ESTATE; TONY COLE; PAM PHILLIPS; KIM WILSON; DOES 1-5,

    Defendants.

Case No. C06-5615 FDB

ORDER DENYING MOTION FOR RECONSIDERATION RE: DUTY TO CONDUCT MEDIATION

This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's minute order requiring the parties to participate in mediation pursuant to Local Rule 39.1. Plaintiff asserts that because relief sought consists of monetary damages in excess of $150,000.00, the matter is not appropriate for mediation. Plaintiff has misconstrued the Local Rules. The monetary limit contained in Local Rule 39.1(d) is confined to the eligibility of cases for arbitration. It has no bearing on the requirement to engage in mediation.

ACCORDINGLY;

IT IS ORDERED:

(1)    Plaintiff's motion for reconsideration of the Minute Order [Dkt # 34] is **DENIED**.

ORDER - 1

(2)  The case is designated for mediation under Local Rule 39.1.  Counsel shall complete the mediation process and file a letter of compliance by May 28, 2008.

DATED this 2nd day of November, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2