# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHARON ANN VIRGILLO,

    PLAINTIFF

    v.

REID REALTY, INC, et al.,
aka REID REAL ESTATE,
TONY COLE, PAM PHILLIPS,
KIM WILSON,  DOES 1-5.

    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5615FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment (Dkt. #32) is GRANTED.

Plaintiff's action is DISMISSED WITH PREJUDICE.

December 4, 2007

BRUCE RIFKIN
Clerk

/s/  Pat LeFrois
_____
Deputy Clerk